**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6288**

MICHAEL ANTHONY TAYLOR,

        Plaintiff – Appellant,

    v.

NATIONAL SECURITY AGENCY,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Louise W. Flanagan, District Judge. (5:15-ct-03225-FL)

Submitted: August 25, 2016      Decided: August 30, 2016

Before NIEMEYER, DIAZ, and FLOYD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Michael Anthony Taylor, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Anthony Taylor appeals the district court's orders denying his "motion for a more definite statement" regarding the court's order denying his Fed. R. Civ. P. 59(e) motion to reconsider the order dismissing under 28 U.S.C. § 1915(e)(2)(B) (2012) his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. Taylor v. Nat'l Sec. Agency, No. 5:15-ct-03225-FL (E.D.N.C. Oct. 7, 2015; Dec. 23, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED